

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:     01-11-00701-CV

Trial Court Cause
Number:     11DCV187301

Style:     Glenn Blair

    **v** Angela McClinton

Date motion filed[*]:     August 16, 2013

Type of motion:     Motion to extend time to file for rehearing

Party filing motion:     Appellant, Glenn Blair

Document to be filed:     Motion for rehearing

Is appeal accelerated? ☐ Yes    ☒ No

If motion to extend time:
     Original due date:
     Number of previous extensions granted:     1
     Date Requested:     30 days

Ordered that motion is:

    ☒   Granted

       If document is to be filed, document due:   motion was filed 9/18/13

       ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

       ☐ The Court will not grant additional motions to extend time.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

Judge's signature: /s/ Evelyn V. Keyes
       ☒ Acting individually     ☐ Acting for the Court

Panel consists of   Justices Keyes, Sharp, and Huddle.

Date: October 1, 2013